Joshua A. Plaut (JP0931)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 39th Floor
New York, New York 10019

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MSC INDUSTRIAL DIRECT CO., INC., <br><br>    Plaintiff, <br><br> - against - <br><br> COMODO GROUP, INC., COMODO SECURITY SOLUTIONS, INC., COMODO COMMUNICATIONS, INC., COMODO CRM, INC., COMODO HOSTING, INC., COMODO CA, INC., COMODO ILM, INC. and COMODO RESEARCH LAB, INC., <br><br>    Defendants. | Civil Action No. 1:11-cv-04030-SLT-VVP <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants **Comodo Group, Inc., Comodo Security Solutions, Inc., Comodo Communications, Inc., Comodo CRM, Inc., Comodo Hosting, Inc., Comodo CA, Inc., Comodo ILM, Inc. and Comodo Research Lab, Inc.**

    I certify that I am admitted to practice in this Court.

Dated:  October 10, 2011

                                            /s/ Joshua A. Plaut
                                        Joshua A. Plaut (JP0931)
                                        WILSON SONSINI GOODRICH & ROSATI
                                        PROFESSIONAL CORPORATION
                                        1301 Avenue of the Americas, 39th Floor
                                        New York, New York 10019
                                        (212) 999-5800
                                        Fax (212) 999-5899

                                        *Counsel for Defendants*